IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mike Redford,

      Plaintiff(s),

vs.

Unirush Financial Services, LLC, et al.,

      Defendant(s).

Case Number: 1:20cv632

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 22, 2021 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 5, 2021, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's federal claims against defendants are DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §1915A(b)(1). The Court declines to exercise supplemental jurisdiction under 28 U.S.C. §1367( c )(3) over plaintiff's state-law claims and DISMISS such claims without prejudice.

Plaintiff's motion for default judgment against defendants (Doc. 12) is DENIED as moot.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. Therefore, plaintiff is DENIED leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th

Cir. 1997), *overruled on other grounds, Jones v Bock,* 549 U.S. 199, 203 (2007).

IT IS SO ORDERED.

/s/ Susan J. Dlott
Judge Susan J. Dlott
United States District Court